UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        CASE NO: 8:11-cv-2049-T-26EAJ

FANTASY POOL, L.L.C.,

    Defendant.
_____/

## O R D E R

Upon due consideration of the procedural history of this case, including the pleadings filed by Plaintiff, it is ordered and adjudged as follows:

1) Plaintiff's Request for Entry of Default Judgment by Clerk Under Rule 55(b)(1) (Dkt. 10) is granted.

2) The Clerk is directed to enter judgment in favor of Plaintiff and against Defendant in the sum of $7,878.44 and to close the case following entry of judgment.

**DONE AND ORDERED** at Tampa, Florida, on November 9, 2011.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record